

```
         FOUR SEASONS FIREARMS
         76R ___ n St., Woburn, MA 01801
                TEL: 781-932-3133
                   www.fsguns.com
                Twitter  @fsguns

         Join our Mailing List on our website
                   THINK SPRING !

04/25/2015              10:26 AM            161919
02      GERRY
02089222i819    WINCHESTER 9MM 200 RN   59.95
40PREBANMAG     Pre-ban AR magazine
            2  @ $44.95                  89.90
10              SAFE                      7.99
Cash                                    180.00
SUBTOTAL                                157.84
State Tax                                 9.37
TOTAL                                   167.21
TOTAL TENDERED                          180.00
CHANGE                                   12.79

          Visit our web site: WWW.FSGUNS.COM
              Subscribe to our newsletter
             We appreciate your business.
```

MPOWELL00001



MPOWELL00002