| CRIMINAL DOCKET | DOCKET NUMBER 1555CR001229 | NO. OF COUNTS 3 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| DEFENDANT NAME AND ADDRESS<br>Mykel Powell<br>26 Faxton Street<br>Apt. 2<br>Stoughton, MA 02072 | DOB [redacted]<br>DATE COMPLAINT ISSUED<br>11/27/2015<br>PRECOMPLAINT ARREST DATE | GENDER<br>Male<br><br><br>INTERPRETER REQUIRED | COURT NAME & ADDRESS<br>Stoughton District Court<br>1288 Central Street<br>Stoughton, MA 02072 |

**FIRST FIVE OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 266/17/A | ENTER AT NIGHT FOR FELONY, PERSON IN FEAR c266 §17 | 11/26/2015 |
| 2 | 268/13B/A | WITNESS/JUROR/POLICE/COURT OFFICIAL, INTIMIDATE c268 §13B | 11/26/2015 |
| 3 | 265/13A/B | A&B c265 §13A(a) | 11/26/2015 |

| DEFENSE ATTORNEY<br>Perruzzi - bail only | OFFENSE CITY/TOWN<br>Stoughton | POLICE DEPARTMENT<br>Stoughton PD |
|---|---|---|

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| Vitale<br>11-27-15 | ☒ Attorney appointed (SJC R. 3:10) bail only<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy<br>DNQ<br>Terms of release set: ☐ PR, ☒ Bail $500 CASH<br>☒ See Docket for special condition<br>☐ Held (276 §58A) | | Counsel Fee (211D § 2A¶2) $ ☐ WAIVED<br>Counsel Contribution (211D § 2) $ ☐ WAIVED<br>Default Warrant Fee (276 § 30¶1) $ ☐ WAIVED<br>Default Warrant Arrest Fee (276 § 30 ¶2) $ ☐ WAIVED |
| Vitale<br>11-27-15 | Arraigned and advised:<br>☒ Potential of bail revocation (276 §58B)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 56A<br>Abuse Allegation:<br>☐ C276 § 56A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 56A found<br>☐ No allegation of abuse under C276 § 56A found | 3/4/16 | Probation Supervision Fee (276 § 87A) $ 50/month x5 ☐ WAIVED<br>Bail Order Forfeited<br>Advised of right to jury trial:<br>☐ Waiver of jury found after colloquy<br>☐ Does not waive<br>Advised of trial rights as pro se (Dist. Ct. Supp.R.4)<br>Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) |

**SCHEDULING HISTORY**

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 11/27/2015 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 2 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 3 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 4 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK<br>X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 11-27-2015 09:24:09        | | | | | 1234567890 | | | | |        Version 2.0 - 07/15

POWELL 000057

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME Mykel Powell | DOCKET NUMBER 1555CR001229 |
|---|---|---|

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| 1  ENTER AT NIGHT FOR FELONY, PERSON IN FEAR c266 §17 | 3/4/16  Hamilton |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☒ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT $90.— | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |
| ☐ Dismissed upon: | SENTENCE OR OTHER DISPOSITION | | | | |
| ☐ Request of Commonwealth ☐ Request of Victim | ☒ Sufficient facts found but continued without a finding until: 8/3/16 | | | No contact w/ victim | |
| ☐ Request of Defendant ☐ Failure to prosecute | ☐ Defendant placed on probation until: | | | | |
| | ☐ Risk/Need or OUI  ☒ Administrative Supervision | | | | |
| ☐ Other: | ☐ Defendant placed on pretrial probation (276 §87) until: | | | | |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: | | | | |
| ☐ Nolle Prosequi | | | | | |
| ☐ Decriminalized (277 §70 C) | | | | | |

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty   ☐ Not Guilty | ☒ Dismissed on recommendation of Probation Dept. | Savignano | 8/3/16 |
| ☐ Responsible   ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause   ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| 2  WITNESS/JUROR/POLICE/COURT OFFICIAL, INTIMIDATE c268 §13B | 3/4/16  Hamilton |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☒ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |
| ☐ Dismissed upon: | SENTENCE OR OTHER DISPOSITION | | | | |
| ☐ Request of Commonwealth ☐ Request of Victim | ☒ Sufficient facts found but continued without a finding until: 8/3/16 | | | No contact w/ victim | |
| ☐ Request of Defendant ☐ Failure to prosecute | ☐ Defendant placed on probation until: | | | | |
| | ☐ Risk/Need or OUI  ☒ Administrative Supervision | | | | |
| ☐ Other: | ☐ Defendant placed on pretrial probation (276 §87) until: | | | | |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: | | | | |
| ☐ Nolle Prosequi | | | | | |
| ☐ Decriminalized (277 §70 C) | | | | | |

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty   ☐ Not Guilty | ☒ Dismissed on recommendation of Probation Dept. | Savignano | 8/3/16 |
| ☐ Responsible   ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause   ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| 3  A&B c265 §13A(a) | 3/4/16  Hamilton |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☒ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |
| ☐ Dismissed upon: | SENTENCE OR OTHER DISPOSITION | | | | |
| ☐ Request of Commonwealth ☐ Request of Victim | ☒ Sufficient facts found but continued without a finding until: 8/3/16 | | | No contact w/ victim | |
| ☐ Request of Defendant ☐ Failure to prosecute | ☐ Defendant placed on probation until: | | | | |
| | ☐ Risk/Need or OUI  ☒ Administrative Supervision | | | | |
| Other: | ☐ Defendant placed on pretrial probation (276 §87) until: | | | | |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: | | | | |
| ☐ Nolle Prosequi | | | | | |
| ☐ Decriminalized (277 §70 C) | | | | | |

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty   ☐ Not Guilty | ☒ Dismissed on recommendation of Probation Dept. | Savignano | 8/3/16 |
| ☐ Responsible   ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause   ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

Date/Time Printed: 11-27-2015 09:24:09


1555CR001229

Version 2.0 - 07/15

POWELL 000058

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Mykel Powell | DOCKET NUMBER 1555CR001229 |
|---|---|---|
| DATE | DOCKET ENTRIES | |

| Date | Entry |
|---|---|
| 11/27/15 | MV/AC/ 10:30 → RF6 → $500 cash → COR → no abuse of alleged victim → © to 12/23/15 for PTH; S/TC |
| 12/23/15 | Mathers S/MSS@ 9:00 / © to Jan 29 for DC+E S/TC |
| 12-23-15 | Appearance of Counsel filed by Atty Petruzzi |
| 1/29/16 | RDS, MSJG 10:58 Atty Petruzzi allowed to w/draw Atty Hoffman files appearance © to Feb 8 / for DC+E S/TC |
| 2/19/16 | Thomas /DTB/ 3:00 - © to 3/4/16  DC+E, S/TC — new summons to issue |
| 2/29/16 | DTB → summons issued |
| 3/4/16 | Harrilson/ DTA/ 9:30, 12:M — plea tendered → full colloquy → plea accepted Alien warnings under Mass. Gen.Laws Ch 278, Sec. 29D given during colloquy — CWF = 8/3/16 — Special COR → no contact of victim |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

Date/Time Printed: 11-27-2016 09:24:09         1555CR001229         Version 2.0 - 07/16

POWELL 000059

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Mykel Powell | DOCKET NUMBER 1555CR001229 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 7.25.16 | Notice of probation violation and hearing 8·3·16 at 8:30 AM  cc |
| 8/3/16 | FDS /DT8/ 9:00 – P.O. Bartleley moves to w/draw notice of (VOP) → no objection by A → Allowed All monies reported paid. All conditions reported satisfied. Case dismissed at the request of ~~Probation~~/Commonwealth. ~~Probation terminated~~ and ~~defendant discharged~~. Savignano, J. |
| 8-19-16 | $500.00 bail returned to surety. #7467 Amanda Ellis |

APPROVED ABBREVIATIONS
ARR = Arraignment   PT= Pretrial hearing   CE = Discovery compliance & jury selection   T = Bench trial   JT = Jury trial   PC = Probable cause hearing   M = Motion hearing   SR= Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = probation revocation hearing

Date/Time Printed: 07-28-2016 10:14:38         1555CR001229         Version 2.0 - 11/08

POWELL 000060