UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:17-cv-10776-FDS

MYKEL POWELL,

    Plaintiff,

v.

BRIAN HOLMES, in his individual and his official capacity as the Sergeant of the Stoughton Police Department, and JAMES O'CONNOR, in his individual and his official capacity as a Detective of the Stoughton Police Department,

    Defendants

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

Brian Holmes and James O'Connor ("Defendants") hereby respond to the Plaintiff's motion to dismiss filed on June 25, 2018 (Document 34).

In his motion, the Plaintiff requests that the Court enter an order dismissing the case "without prejudice" under Fed. R. Civ. P. 41(a)(2). Under the Rule, however, an action may only be dismissed "on terms that the court considers proper." Id. Due to the stage of litigation, the Defendants request that the Court find it appropriate and proper to dismiss the case "with prejudice."

In the alternative, should the Court find it proper to dismiss the case "without prejudice," the Defendants will not oppose the Plaintiff's motion and request that the case be dismissed.

[signature next page]

        Respectfully submitted,
        The Defendants,
        Brian Holmes and James O'Connor
        By their attorneys,


        */s/ Thomas R. Donohue*
        Thomas R. Donohue, BBO# 643483
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        699 Boylston Street, 12th Floor
        Boston, MA 02116
        (617) 880-7100
        tdonohue@bhpklaw.com

DATED: June 27, 2018

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.


        */s/ Thomas R. Donohue*
        Thomas R. Donohue, BBO# 643483

DATED:  June 27, 2018